IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN RAY WILLIAMS,

                                                JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                14-cv-841-jdp

v.

CITY OF MAUSTON, BRIA LAW
OFFICE, CITY ATTORNEY and OFFICER
ZOBEL,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing his claims against City of Mauston, Bria Law Office and City Attorney, and granting his motion to voluntarily dismiss his claim against Officer Zobel without prejudice and dismissing this case.

    /s/                                                                  7/18/2016

Peter Oppeneer, Clerk of Court                         Date